205 So.2d 443

BOARD OF COMMISSIONERS OF the PORT OF NEW ORLEANS

v.

Alvin P. LICHTENTAG et al.

No. 49049.

Jan. 17, 1968.

The application is denied. There appears no error of law in the ruling complained of.